**FILED**

JAMES J. VILT, JR. - CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE _Western_ DISTRICT OF _Kentucky_
_Louisville_ DIVISION

JAN - 8 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

*(Write the District and Division, if any, of*
*the court in which the complaint is filed.)*

---

Alexei Finski

_____

_____

*(Write the full name of each plaintiff who is filing*
*this complaint. If the names of all the plaintiffs*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

**-against-**

President and Fellows
of Harvard College

_____

*(Write the full name of each defendant who is*
*being sued. If the names of all the defendants*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:25CV.18-DJH

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Alexei Finski |
| Street Address | 200 W. Liberty St., Ste. 2613 |
| City and County | Louisville, Jefferson |
| State and Zip Code | KY, 40202-2496 |
| Telephone Number | |
| E-mail Address | |

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | President and Fellows of Harvard College |
| Job or Title (if known) | |
| Street Address | 1350 Massachusetts Avenue |
| City and County | Cambridge |
| State and Zip Code | MA, 02138 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

2

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____
(if known)

Defendant No. 3

    Name    _____

    Job or Title    _____
    (if known)

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address    _____
    (if known)

Defendant No. 4

    Name    _____

    Job or Title    _____
    (if known)

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address    _____
    (if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C. § 1961 - 1968

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

    b.     If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_____

_____

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

See Attached Complaint.

_____

_____

_____

_____

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attached Complaint.

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 8, 2025

Signature of Plaintiff     Alexei Finski

Printed Name of Plaintiff     Alexei Finski

**B.    For Attorneys**

Date of signing: _____, 20__.

6

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

In the United States District Court for the
Western District of Kentucky

Alexei Finski

    Plaintiff(s),

   v.

President and Fellows
Of Harvard College

    Defendant(s).

Case No. 3:25CV-18-DJH

## Complaint

I, Dr. Alexei Finski, am President of the corporation PIO Biosciences, Inc. (PIO), incorporated in the State of Delaware. A cyber attack was launched against me, as President of PIO, and may be continuing at the present time. I am filing the instant complaint (Complaint) to respectfully request injunction and other necessary and appropriate equitable actions against the defendant(s) to stop the cyber attack and intimidation obstructing the preparation and filing of the civil RICO complaint (Civil RICO Complaint).

1

The defendant(s) and the additional defendants to be named in the Civil RICO Complaint :

1) acquired and maintained an interest in and control of PIO through a pattern of racketeering activity, and conspired to do so from at least early 2015 to the date of filing of the Complaint in violation of 18 U.S.C. §§ 1962 (b) and (d), and

2) conducted the affairs of the alleged enterprise, to be specified in the Civil RICO Complaint for this claim, through a pattern of racketeering activity, and conspired to do so, in violation of 18 U.S.C. §§ 1962 (c) and (d).

Having made an invention with Dr. Gavin MacBeath at Harvard University (Harvard), I started PIO to commercialize this invention in June 2014. PIO entered in a contract with Harvard. I also made a protected disclosure to the National Institutes of Health (NIH) regarding fraudulent acquisition of federal funds by Harvard.

2

Harvard did not report a significant financial conflict of interest to NIH. Harvard further concealed it by i) changing the research plan for the research studies that were funded with more than 23 million U.S. dollars in NIH grants from 2014 through 2019 and 2020, ii) making false certifications, and iii) committing other offenses.

Harvard improperly influenced and bribed federal officials. By improperly influencing and bribing these federal officials, Harvard created a mechanism where exposure of Harvard's fraud also exposed and exposes these federal officials. In this association-in-fact, Harvard, these federal officials, and additional defendants to be named in the Civil RICO Complaint, functioned from at least early 2015 to the date of filing of the Complaint as a continuing unit to achieve the shared objective of obstructing the exposure of fraud, improper influencing, bribing, and other misconduct.

NIH opened a case. In February 2015, around the time when NIH was supposed to investigate the case, I had a phone call with In-Q-Tel, non-profit corporation created by the Central Intelligence Agency (CIA). NIH did not properly investigate the case. And through a pattern of racketeering activity, the defendant(s) then unlawfully obtained property of PIO, including but not limited to PIO's rights to pursue the commercial contract breach and related legal claims against Harvard exposing Harvard's fraud and the federal officials, whom Harvard improperly influenced and bribed.

The Civil RICO Complaint will state additional facts, including facts upon which the treble damages are threefold the amount of more than 207.5 million U.S. dollars of the sustained damages.

4

## A cyber attack obstructs the preparation and filing of the Civil RICO Complaint

The cyber attack was launched against me as President of PIO on November 11, 2024 or earlier and may be continuing at the present time.

On November 11, 2024, an unauthorized session was created in the Protonmail account that I used for evidence storage and communication on behalf of PIO. The unauthorized session was created on the same day when I uploaded in the Protonmail account evidence of an international scheme that involved:

i) companies and funds affiliated with or controled by the Russian oligarch Roman Abramovich (Abramovich), and

ii) U.S. persons who suggested and prompted me to work with these Abramovich - affiliated or controled companies and funds in 2017.

I did not follow these suggestions and prompts.

I believe that the purpose of this international scheme was to create a false appearance of connection

between me and Abramovich and thereby at least discredit PIO and the evidence of Harvard's fraud and improper influencing and bribing of the federal officials.

On November 12, 2024, unaware of the unauthorized session created in the Protonmail account on the previous day, I went to buy groceries at the ALDI store, located at 3442 Preston Hwy, Louisville, KY. The cashier called a store staff member named "Snowden", and another individual had a dispute with "Snowden". While in the ALDI store, I then ordered and canceled three rides in the Uber application on my iPhone. A driver (Driver A) with a white car appeared in the first and third ordered rides. For each of these rides, the Uber application froze, not allowing to press any buttons in the application, including the cancel button. I restarted the iPhone after ordering the first ride and again after ordering the third ride, and only then was

able to cancel these rides by using the cancel button. I then left the ALDI store with visibly heavy grocery bags and walked to a nearby bus stop. When I waited at the bus stop, a white car that appeared to be the same car that Driver A had in the Uber application drove by closely to me and another white car next to it had a "U.S. Government" plate.

On November 23   , 2024, I observed that text that I typed on my first laptop computer was manipulated in real time.

By December 5, 2024, I observed that my second laptop computer that was powered off, started by itself without any user interaction, which I did not observe previously. I only used select bookmarked webpage addresses on this laptop computer, and regularly updated the operating system.

I believe that:

i) the unauthorized session in the Protonmail account was created by intelligence operatives in the federal government, in association-in-fact with

the improperly influenced and bribed federal officials, Harvard, and additional defendants to be named in the Civil RICO complaint, to determine what I, as President of PIO, knew about the international scheme to create a false appearance of connection between me and Abramovich and through this false appearance at least discredit PIO and the evidence against Harvard and the federal officials,

ii) the acts and statements during and after my visit to the ALDI store on the next day were made by intelligence operatives in the federal government, in association-in-fact with the improperly influenced and bribed federal officials, Harvard, and additional defendants to be named in the Civil RICO Complaint to at least intimidate me as President of PIO, and obstruct the preparation and filing of the Civil RICO Complaint, and

iii) the cyber attack reached beyond electronic devices, because the intelligence operatives, in

association-in-fact with the improperly influenced and bribed federal officials, Harvard, and additional defendants to be named in the Civil RICO Complaint, specifically sought that I take a ride with Driver A, which I avoided by restarting my iPhone twice.

Due to the cyber attack, I do not access secure backups and the internet at the present time, and cannot proceed with the preparation and filing of the Civil RICO Complaint. I have not used the internet since December 5, 2024, and have not used phone service since at least November 30, 2024. I disconnected the iPhone from all networks and do not have a landline phone service.

Additionally, on April 11, 2022, I submitted information to Special Procedures of the Human Rights Council at the United Nations. On the same day, I became homeless in California as a result of predicate acts committed against me as President of PIO. On the next day, I was contacted by Mikayla    Kunesh, a former staffer of

Sen. Feinstein, who worked at the Sen. Feinstein's office until February 2022 and managed casework including the CIA. I previously contacted the office of Sen. Feinstein on August 12, 2019, more than two and a half years earlier.

For the purposes of the Civil RICO Complaint, and in light of the scope of the defendants' unlawful activity, I respectfully request assistance in determining if:

i) classification was misused to conceal Harvard's fraud and improper influencing and bribing of the federal officials in violation of the Executive Order 13526, and

ii) the patterned commission of predicate acts, including but not limited to the predicate acts committed in the cyber attack, benefited from such classification in violation of the Executive Order 13526.

Respectfully,

Alexei Finski
200 W. Liberty St., Ste 2613
Louisville, KY, 40202-2496

Date: January 8, 2025